# SEALED
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | **INDICTMENT** |
| v. | § § § | [Violation: COUNTS ONE AND TWO: 18 U.S.C. § 2243(b) Sexual Abuse of a Ward.] |
| RAMON GARZA | § § § | Cause No. **DR11CR0883** |

THE GRAND JURY CHARGES:

COUNT ONE
[18 U.S.C. § 2243(b)]

On or about April 11, 2010, in the Western District of Texas, Defendant,

RAMON GARZA,

a corrections officer employed by the Crystal City Correctional Center, a facility in which persons are held in custody by direction of and pursuant to a contract with the head of a Federal department or agency, knowingly engaged in a sexual act as defined in Title 18, United States Code Section 2246, with another person, namely S.W., who was in official detention and under the custodial, supervisory, or disciplinary authority of RAMON GARZA, in violation of Title 18, United States Code Section 2243(b).

COUNT TWO
[18 U.S.C. § 2243(b)]

On or about May 1, 2010, in the Western District of Texas, Defendant,

RAMON GARZA,

a corrections officer employed by the Crystal City Correctional Center, a facility in which persons are held in custody by direction of and pursuant to a contract with the head of a Federal department

or agency, knowingly engaged in a sexual act as defined in Title 18, United States Code Section 2246, with another person, namely N.L., who was in official detention and under the custodial, supervisory, or disciplinary authority of RAMON GARZA, in violation of Title 18, United States Code Section 2243(b).

A TRUE BILL.

JOHN E. MURPHY
United States Attorney

By: _____
DONALD L. MCCUNE, JR.
Assistant United States Attorney

DR11CR0883

SEALED:

UNSEALED:

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### DEL RIO DIVISION

COUNTY: Zavala          USAO #: 2011R01091

DATE: May 11, 2011      MAG. CT. #: MATTER

AUSA: DONALD L. MCCUNE, JR.

DEFENDANT: RAMON GARZA

CITIZENSHIP: USC

INTERPRETER NEEDED: _____   Language: _____

DEFENSE ATTORNEY: _____

ADDRESS OF ATTORNEY: _____

DEFENDANT IS: _____   DATE OF ARREST: _____

BENCH WARRANT NEEDED:

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT.

OFFENSE: (Code & Description): COUNT 1- 2: U.S.C. § 2243(b), Sexual Abuse of a Ward.

OFFENSE IS A: FELONY

MAXIMUM SENTENCE: 15 years imprisonment; a $250,000 fine; not more than 3 years supervised release; and a $100 special assessment.

PENALTY IS MANDATORY:       Yes ___   No ___

REMARKS:  See above   W D T-Cr-3