# UNITED STATES DISTRICT COURT
## Western District of Texas-Del Rio Division
111 East Broadway, Room L-100
Del Rio, Texas 78840

WILLIAM G. PUTNICKI
Clerk of Court

**REDACTED COPY**

**FILED**
MAY 20 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

VIA CERTIFIED MAIL

May 20, 2011

Mr. Ramon Garza

**RE:   DR-11-CR-883 (01)**
     **United States of America vs. Ramon Garza**

Dear Mr. Garza:

Enclosed is a copy of the charge against you which is for your use and which you should keep. Additionally, enclosed is a copy of the Notice of Arraignment in your case. You are scheduled to appear before the Honorable Victor R. Garcia, United States Magistrate Judge, at 9:00 a.m. on May 26, 2011.

During your initial appearance, you informed the Court that you intended to hire your own attorney. The Court needs to know whether or not you have an attorney to represent you. You are entitled to have an attorney represent you at all stages of the proceedings. If you want an attorney and have the funds, it is your duty to hire your own attorney. If you want an attorney and do not have the funds, the Court will appoint an attorney to represent you without any expense to you.

If you do not have the funds and want the Court to appoint an attorney, please fill out the enclosed form and return it to this office in the enclosed envelope and the Court will make arrangements for an attorney to represent you.

Sincerely,

WILLIAM G. PUTNICKI, CLERK

*M. A. Burke*

Marilyn Burke
Magistrate Courtroom Deputy

Enclosures

Clerk, U.S. District Court
Western District of Texas
Del Rio, Texas

RE: **DR-11-CR-883 (01)**
**United States of America vs. Ramon Garza**

( )  1. I have hired my own attorney and his/her name and address is:

_____
Attorney's Name

_____
Address

_____
City, State and Zip Code

( )  2. I want an attorney and do not have the funds to employ my own and wish the Court to appoint an attorney to represent me.

_____         _____
Name                                             Date