REDACTED COPY



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | **SUPERSEDING INDICTMENT** |
| v. | § § § § | [Violation: COUNTS ONE AND TWO: 18 U.S.C. § 2243(b) Sexual Abuse of a Ward; COUNT THREE: 18 U.S.C. §§ 1791(a)(1) & (b)(1) Providing Contraband in Prison] |
| RAMON GARZA | § § | |
| | | Cause No. DR-11-CR-883 |

THE GRAND JURY CHARGES:

### COUNT ONE
[18 U.S.C. § 2243(b)]

On or about April 11, 2010, in the Western District of Texas, Defendant,

RAMON GARZA,

a corrections officer employed by the Crystal City Detention Center, a facility in which persons are held in custody by direction of and pursuant to a contract with the head of a Federal department or agency, knowingly engaged in a sexual act with another person, namely S.W. who was in official detention and under the custodial, supervisory, and disciplinary authority of RAMON GARZA, in violation of Title 18, United States Code Section 2243(b).

### COUNT TWO
[18 U.S.C. § 2243(b)]

On or about March 1, 2010, in the Western District of Texas, Defendant,

RAMON GARZA,

a corrections officer employed by the Crystal City Detention Center, a facility in which persons are held in custody by direction of and pursuant to a contract with the head of a Federal department or

agency, knowingly engaged in a sexual act with another person, namely N.L., who was in official detention and under the custodial, supervisory, and disciplinary authority of RAMON GARZA, in violation of Title 18, United States Code Section 2243(b).

COUNT THREE

[18 U.S.C. §§ 1791(a)(1) & (b)(1)]

On or about April 11, 2010, in the Western District of Texas, Defendant,

RAMON GARZA,

a correctional officer at the Crystal City Correctional Center, a facility in which persons are held in custody by direction of or pursuant to a contract or agreement with the Attorney General, knowingly provided to an inmate of the Crystal City Correctional Center a prohibited object, to wit: vicodin, a narcotic drug, in violation of Crystal City Correctional Center rules and Title 18, United States Code Sections 1791(a)(1) & (b)(1).

A TRUE BILL.

JOHN E. MURPHY
United States Attorney

By: _____
DONALD L. MCCUNE, JR.
Assistant United States Attorney

SEALED:

UNSEALED:

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: Zavala       USAO #: 2011R01091

DATE: May 11, 2011       MAG. CT. #: DR-11-CR-883

AUSA: DONALD L. MCCUNE, JR.

DEFENDANT: RAMON GARZA

CITIZENSHIP: USC

INTERPRETER NEEDED: _____  Language: _____

DEFENSE ATTORNEY: _____

ADDRESS OF ATTORNEY: _____

DEFENDANT IS: AT LARGE   DATE OF ARREST: Not In Custody

BENCH WARRANT NEEDED: YES

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT.

OFFENSE: (Code & Description): COUNT 1- 2: U.S.C. § 2243(b), Sexual Abuse of a Ward; Count Three, 18 U.S.C. §§ 1791(a)(1) & b.

OFFENSE IS A: FELONY

MAXIMUM SENTENCE: COUNT 1- 2: 15 years imprisonment; a $250,000 fine; not more than 3 years supervised release; and a $100 special assessment COUNT THREE: 20 years imprisonment; a $250,000 fine; not more than 3 years supervised release; and a $100 special assessment

PENALTY IS MANDATORY:        Yes ___   No ___

REMARKS: __See above__ W D T-Cr-3